1  **Todd M. Friedman, Esq. (216752)**
2  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   **369 S. DOHENY DR. #415**
3  **BEVERLY HILLS, CA 90211**
4  **877 206-4741**
   **866 633-0228 facsimile**
5  **tfriedman@AttorneysForConsumers.com**
6  **Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN

| | |
|---|---|
| **JULIA PROBST,** | ) Case No. ED CV 09-01194 SGL (FFMx) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| **MANN BRACKEN, LLP,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 15th day of October, 2009.

　　　　　　　　　　　　　　By: **s/Todd M. Friedman**
　　　　　　　　　　　　　　　　**Todd M. Friedman, Esq.**
　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

Notice of Dismissal - 1

1  Filed electronically on this 15th day of October, 2009, with:

2  United States District Court CM/ECF system

3

4  By: s/Todd M. Friedman

5      Todd M. Friedman